AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-05773-VSB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PLANETART, LLC d/b/a CAFEPRESS.COM, CANVASWORLD.COM, and FREEPRINTSNOW.COM, was received by me on *(date)* 7/10/26.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KARINA RAYMUNDO/PERSON AUTHORIZED , who is designated by law to accept service of process on behalf of *(name of organization)* PLANETART, LLC d/b/a CAFEPRESS.COM, CANVASWORLD.COM, and FREEPRINTSNOW.COM, on *(date)* Wed, Jul 15 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 07/20/2026

_____
*Server's signature*

CA PROCESS SERVICE CARLOS ABREGO Los Angeles County Registration #6456
_____
*Printed name and title*

8444 RESEDA BOULEVARD SUITE i, NORTHRIDGE, CA 91324
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jul 15, 2026, 10:35 am PDT at 23801 CALABASAS ROAD SUITE 2005, CALABASAS, CA 91302 received by KARINA RAYMUNDO/PERSON AUTHORIZED.