USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**SUSAN RUSSO, on behalf of herself and all others similarly situated,**

**Plaintiff,**

**-against-**

**PLANETART, LLC, d/b/a cafepress.com, canvasworld.com and freeprintsnow.com,**

**Defendant.**

-----------------------------------------------------------------X

**26-CV-05773-(VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed a complaint on July 8, 2026. ECF No. 1. Defendant was served on July 15, 2026. ECF No. 6. Plaintiff's counsel has represented that they have been in communication with Defendant, ECF Nos. 7, 9, but Defendant has not yet appeared. By Friday, October 23, 2026, counsel for Defendant shall file a notice of appearance, and Defendant shall either answer or otherwise respond to the complaint or move for an extension. Plaintiff shall provide a copy of this Order to Defendant. If Defendant fails to appear and answer or otherwise respond by October 23, 2026, Plaintiff is ORDERED to file a letter by Friday, November 6, 2026, indicating whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for default judgement.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 16, 2026
New York, New York